UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF THE TREASURY<br><br>        Defendant. | Civil Action No. 24-0047 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's March 1, 2024, Minute Order, Plaintiff Informed Consent Action Network and Defendant the Department of the Treasury ("Treasury"), submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records relating to the CBDC Working Group and emails of certain Treasury officials. *See generally* Compl.

The parties have conferred regarding Treasury's search and production schedule. Specifically, as to Plaintiff's first request, which seeks "all emails sent or received by Nellie Liang" from January 1, 2020 through the date of the search, containing the terms "CBDC" and/or "digital currency," Treasury identified 1,940 potentially responsive documents, amounting to 20,978 pages. To narrow the scope of review, Treasury proposed treating email attachments not containing the identified search terms as non-responsive, and fully redact as non-responsive information contained within any "book" of materials sent to high-level Treasury officials not containing the search terms. Plaintiff agrees to this approach. As to the two requests relating to the CBDC working

group, Treasury is working on identifying the appropriate custodians. Finally, as to the request for emails pertaining to Secretary Yellen, Treasury has notified Plaintiff that it will process those records after Ms. Liang's emails are processed. Treasury has proposed processing 500 pages of records a month, with monthly productions to begin in April.

The parties therefore propose that they submit a status report to the Court within 90 days, or by June 20, 2024, apprising the Court of Treasury's progress. A proposed order is included herein.

Dated: March 22, 2024
Washington, DC

Respectfully submitted,

/s/ R. Scott Pietrowski
Elizabeth A. Brehm, DC Bar No. NY0532
R. Scott Pietrowski, MS Bar No. 99387
(*pro hac vice*)
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ebrehm@sirillp.com
spietrowski@sirillp.co

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF THE TREASURY<br><br>      Defendant. | Civil Action No. 24-0047 (DLF) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before June 20, 2024, apprising the Court of the progress in this Freedom of Information Act action.

SO ORDERED.

_____                      _____

Dated                                                 DABNEY L. FRIEDRICH
                                                         United States District Judge