UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE TREASURY <br><br> Defendant. | Civil Action No. 24-0047 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's June 24, 2024, Minute Order, Plaintiff Informed Consent Action Network and Defendant the Department of the Treasury ("Treasury"), submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records relating to the CBDC Working Group and emails of certain Treasury officials. *See generally* Compl.

The parties have conferred regarding Treasury's search and production schedule. Specifically, as to Plaintiff's first request, which seeks "all emails sent or received by Nellie Liang" from January 1, 2020 through the date of the search, containing the terms "CBDC" and/or "digital currency," Treasury identified 1,940 potentially responsive documents, amounting to 20,978 pages. To narrow the scope of review, Treasury proposed treating email attachments not containing the identified search terms as non-responsive, and fully redact as non-responsive information contained within any "book" of materials sent to high-level Treasury officials not containing the search terms. Plaintiff agrees to this approach.

As to the two requests relating to the CBDC working group, Treasury is working on identifying the appropriate custodians. Finally, as to the request for emails pertaining to Secretary Yellen, Treasury has notified Plaintiff that it will process those records after Ms. Liang's emails are processed. Treasury is processing 500 pages a month and has made three productions.

The parties therefore propose that they submit a status report to the Court within 90 days, or by December 17, 2024, apprising the Court of Treasury's progress. A proposed order is included herein.

Dated: September 18, 2024
       Washington, DC

               Respectfully submitted,

               /s/ R. Scott Pietrowski
               R. Scott Pietrowski, DC Bar No. MS0012
               Siri & Glimstad LLP
               745 Fifth Avenue, Suite 500
               New York, New York 10151
               Tel: (212) 532-1091
               spietrowski@sirillp.co

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE TREASURY<br><br>    Defendant. | Civil Action No. 24-0047 (DLF) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before December 17, 2024, apprising the Court of the progress in this Freedom of Information Act action.

SO ORDERED.

Dated                                                DABNEY L. FRIEDRICH
                                                                                                      United States District Judge