UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY<br><br>Defendant. | Civil Action No. 24-0047 (DLF) |

## JOINT STATUS REPORT

Plaintiff Informed Consent Action Network and Defendant the Department of the Treasury ("Treasury"), submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records relating to the CBDC Working Group and emails of certain Treasury officials. *See generally* Compl.

The parties have conferred regarding Treasury's search and production schedule. Specifically, as to Plaintiff's first request, which seeks "all emails sent or received by Nellie Liang" from January 1, 2020 through the date of the search, containing the terms "CBDC" and/or "digital currency," Treasury identified 1,940 potentially responsive documents, amounting to 20,978 pages. To narrow the scope of review, Treasury proposed treating email attachments not containing the identified search terms as non-responsive, and fully redact as non-responsive information contained within any "book" of materials sent to high-level Treasury officials not containing the search terms. Plaintiff agrees to this approach.

Treasury is processing over 500 pages a month and has made sixteen productions. Since the thirteenth production, based on an agreement with the plaintiffs, Treasury has been prioritizing review of documents in which the term "priva*" appears within 25 words of "CBDC" or "currency." Treasury made its last production on September 30, 2025. Due to the lapse in appropriations, Treasury was not processing records in October or November, but will resume productions in December 2025. For the September 30, 2025, production Treasury reviewed 578 pages in which the term "priva*" appears within 25 words of "CBDC" or "currency." For this month's upcoming production, Treasury reviewed documents from the non-prioritized Nellie Liange because of outstanding consults required for the prioritized items. If there are other terms plaintiffs would like prioritize, we are open to discussions.

Plaintiff is awaiting Defendant's responses to Plaintiff's redaction challenges concerning the eleven productions to date. As is the Department's practice, it will respond and address Plaintiff's challenges at the conclusion of its productions.

The parties therefore propose that they submit a status report to the Court within 90 days, or by March 16, 2026, apprising the Court of Treasury's progress. A proposed order is included herein.

Dated: December 16, 2025
       Washington, DC

Respectfully submitted,

/s/ R. Scott Pietrowski
R. Scott Pietrowski, DC Bar No. MS0012
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
spietrowski@sirillp.co

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF THE TREASURY<br><br>      Defendant. | Civil Action No. 24-0047 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before March 16, 2026, apprising the Court of the progress in this Freedom of Information Act action.

SO ORDERED.

_____          _____
Dated                                           DABNEY L. FRIEDRICH
                                                 United States District Judge