UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF TREASURY,<br><br>    *Defendant*. | Civil Action No. 24-0047 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Samuel Settle as counsel for Defendant in the above-captioned case, substituting for Assistant United States Brenda Gonzalez Horowitz.

Date:   February 2, 2026

                                                  Respectfully submitted,

                                                  /s/ Samuel Settle
                                                  SAMUEL SETTLE
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  Tel: (202) 252-7705
                                                  Samuel.Settle@usdoj.gov

                                                  *Attorney for Defendant*